UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SOUTH,

      Plaintiff,                                          Civil Action No. 20-cv-12906

v                                                           HON. MARK A. GOLDSMITH

JONATHAN HEMINGWAY, et al.,

      Defendants.
_____/

## ORDER (1) WITHDRAWING ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE (Dkt. 11) AND (2) DISMISSING ACTION

It is ordered that the order referring this matter to U.S. Magistrate Judge Anthony P. Patti for all pretrial matters (Dkt. 11) is hereby withdrawn.

On March 22, 2021, Plaintiff filed a notice of dismissal with the Court (Dkt. 15). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendants have not yet served an answer or motion for summary judgment, the Court hereby orders the instant action dismissed without prejudice.

      SO ORDERED.

Dated: April 2, 2021                                      s/Mark A. Goldsmith
   Detroit, Michigan                           MARK A. GOLDSMITH
                                                         United States District Judge